**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-45202-ERW
 §
BYRON A COLEMAN §
 §
 §
 §
 Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 02/28/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/01/2012    By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45202-ERW |
| | § | |
| BYRON A COLEMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,601.75
*and approved disbursements of* $1,338.88
*leaving a balance on hand of[1]:* $4,262.87

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,262.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,074.35 | $0.00 | $1,074.35 |
| David P. Leibowitz, Trustee Expenses | $6.40 | $0.00 | $6.40 |

Total to be paid for chapter 7 administrative expenses: $1,080.75
Remaining balance: $3,182.12

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Remaining balance: | $3,182.12 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $3,182.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $78,665.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Advantage Assets II, Inc. | $2,843.30 | $0.00 | $115.02 |
| 2 | Sallie Mae | $11,446.78 | $0.00 | $463.04 |
| 3 | Sallie Mae Inc on behalf of the | $26,228.50 | $0.00 | $1,060.98 |
| 4 | American Infosource Lp As Agent for Target | $6,250.04 | $0.00 | $252.82 |
| 5 | OPHRYS, LLC/ Barclays | $3,905.99 | $0.00 | $158.00 |
| 6 | Capital One Bank (USA), N.A. | $2,720.31 | $0.00 | $110.04 |
| 7 | Capital One Bank (USA), N.A. | $1,740.83 | $0.00 | $70.42 |
| 8 | Capital Recovery IV LLC/ CREDIT ONE BANK, N.A. | $1,670.52 | $0.00 | $67.57 |
| 9 | Toyota Motor Credit Corporation | $7,066.53 | $0.00 | $285.85 |
| 10 | American Express Centurion Bank | $14,792.64 | $0.00 | $598.38 |

|  | Total to be paid to timely general unsecured claims: | $3,182.12 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-45202-ERW
Byron A Coleman Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: esullivan     Page 1 of 3     Date Rcvd: Feb 07, 2012
                 Form ID: pdf006    Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2012.
```
db          +Byron A Coleman,    5001 S. May,    Chicago, IL 60609-5027
16252824    +Accounts Receivable Mgmt, Inc.,    PO Box 129,    Thorofare, NJ 08086-0129
16252825   +++Advantage Assets II, Inc.,    7322 Southwest Frwy #1600,    Houston, TX 77074-2053
16252827    +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16805803     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16252828    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16252829    +Bank of America,    NC4-105-03-14,    4161 Piedmont Parkway,    Greensboro, NC 27410-8110
16252830    +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
              Wilmington, DE 19899-8833
16252831    +Blitt and Gaines PC,    661 Glenn Avenue,    Wheeling, IL 60090-6017
16252832    +Brinks Home Security,    8880 Esters Blvd.,    Irving, TX 75063-2419
16252833    +Calvary Portfolio Services,    Attention: Bankruptcy Department,    Po Box 1017,
              Hawthorne, NY 10532-7504
16678879     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
              Oklahoma City, OK  73124-8839
16252835    +Citibank Usa,    Attn.: Centralized  Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16252837    +Citifinancial,    PO Box 140069,    Irving, TX 75014-0069
16252836    +Citifinancial,    PO Box 6931,    The Lakes, NV 88901-6931
16252838    +Codilis & Associates, PC,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
16252839     Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
16252840    +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
16252841    +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
16252844    +First Bank Of Marin,    PO Box 80015,    Los Angeles, CA 90080-0015
16252845    +First Revenue,    4500 Cherry Creek Dr South,    Denver, CO 80246-1518
16252848    +HSBC NV,    PO Box 98706,    Las Vegas, NV 89193-8706
16252849    +HSBC NV,    1441 Schilling Place,    Salinas, CA 93901-4543
16252847    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16252850    +Hsbc/rs,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16252851    +Ltd Financial Svcs Lp,    7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
16252857    +Peoples Gas,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
16519253   +++Sallie Mae,    C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
16519255   +++Sallie Mae Inc on behalf of the,    Department of Education,    P.O. Box 740351,
              Atlanta, GA 30374-0351
16252859    +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
16252860    +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
16723351     Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16252862     Wirbicki Law Group,    33 W. Monroe Street, #1140,    Chicago, IL 60603-5332
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16252826    +E-mail/Text: bankruptcynotices@aisservicesllc.com Feb 08 2012 08:03:45     Ais Services,
              8996 Miramar Rd Ste 220,    San Diego, CA 92126-4451
16585583     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2012 08:18:11
              American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
16252834    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2012 08:18:11     Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16710623     E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2012 08:19:01     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16252842    +E-mail/PDF: pa_dc_ed@salliemae.com Feb 08 2012 08:19:04     Dept Of Ed/sallie Mae,    Po Box 9635,
              Wilkes Barre, PA 18773-9635
16252846    +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2012 08:19:01     GEMB / Gap,    PO Box 981400,
              El Paso, TX 79998-1400
16252852    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 08 2012 08:01:17     Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
16252853    +E-mail/Text: brenden.magnino@mcmcg.com Feb 08 2012 08:02:31     Midland Credit Management,
              Po Box 939019,    San Diego, CA 92193-9019
16252854    +E-mail/Text: bankrup@nicor.com Feb 08 2012 08:01:41     Nicor,
              Attention: Bankruptcy & Collections,    PO Box 549,    Aurora, IL 60507-0549
16252855    +E-mail/Text: bankrup@nicor.com Feb 08 2012 08:01:41     Nicor Gas,
              Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
16600969    +E-mail/Text: bncmail@w-legal.com Feb 08 2012 08:04:30     OPHRYS, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16252858    +E-mail/PDF: pa_dc_claims@salliemae.com Feb 08 2012 08:19:04     Sallie Mae,    Attn: Claims Dept,
              Po Box 9500,    Wilkes Barre, PA 18773-9500
16252861    +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2012 08:18:57     Wal-Mart,    PO Box  981400,
              El Paso, TX 79998-1400
                                                                                              TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16252856     Peoples Gas,    Must call local office or 877-832-6747
```

```
District/off: 0752-1          User: esullivan            Page 2 of 3               Date Rcvd: Feb 07, 2012
                              Form ID: pdf006            Total Noticed: 46
```

16252843    ##+Devry Inc,   1 Tower Ln Ste 1000,   Oakbrook Terrace, IL 60181-4624

                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2012                     Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: esullivan            Page 3 of 3                  Date Rcvd: Feb 07, 2012
                              Form ID: pdf006            Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2012 at the address(es) listed below:

```
              Alfredo J Garcia     on behalf of Debtor Byron Coleman notice@ledfordwu.com,
               courtnotice@ledfordwu.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              George Michael Vogl     on behalf of Debtor Byron Coleman notice@ledfordwu.com,
               courtnotice@ledfordwu.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas     on behalf of Creditor   BAC Home Loans Servicing, L.P. fka Countrywide Home
               Loans Servicing LP ND-Two@il.cslegal.com
                                                                                              TOTAL: 5
```