UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-45202-ERW
 §
BYRON A COLEMAN §
 §
 §
 Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $124,105.00 | Assets Exempt: | $7,076.00 |
| Total Distributions to Claimants: | $3,182.12 | Claims Discharged Without Payment: | $228,173.09 |
| Total Expenses of Administration: | $1,115.28 | | |

3) Total gross receipts of $5,601.75 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,304.35 (see **Exhibit 2),** yielded net receipts of $4,297.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $164,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,115.28 | $1,115.28 | $1,115.28 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $207,411.77 | $78,665.44 | $78,665.44 | $3,182.12 |
| **Total Disbursements** | $371,411.77 | $79,780.72 | $79,780.72 | $4,297.40 |

4). This case was originally filed under chapter 7 on 10/08/2010. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2012         By:   /s/ David P. Leibowitz
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2010 Tax Refund | 1224-000 | $5,601.00 |
| Interest Earned | 1270-000 | $0.75 |
| **TOTAL GROSS RECEIPTS** | | $5,601.75 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Byron A. Coleman | Exemptions | 8100-002 | $1,304.35 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,304.35 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici | 4110-000 | $164,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $164,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,074.35 | $1,074.35 | $1,074.35 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.40 | $6.40 | $6.40 |
| Green Bank | 2600-000 | NA | $34.53 | $34.53 | $34.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,115.28 | $1,115.28 | $1,115.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS
UST Form 101-7-TDR (5/1/2011)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advantage Assets II, Inc. | 7100-000 | NA | $2,843.30 | $2,843.30 | $115.02 |
| 2 | Sallie Mae | 7100-000 | $11,355.00 | $11,446.78 | $11,446.78 | $463.04 |
| 3 | Sallie Mae Inc on behalf of the | 7100-000 | $12,763.00 | $26,228.50 | $26,228.50 | $1,060.98 |
| 4 | American Infosource Lp As Agent for Target | 7100-900 | $6,250.00 | $6,250.04 | $6,250.04 | $252.82 |
| 5 | OPHRYS, LLC/ Barclays | 7100-900 | $3,905.00 | $3,905.99 | $3,905.99 | $158.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-900 | $2,600.00 | $2,720.31 | $2,720.31 | $110.04 |
| 7 | Capital One Bank (USA), N.A. | 7100-900 | $1,740.00 | $1,740.83 | $1,740.83 | $70.42 |
| 8 | Capital Recovery IV LLC/ CREDIT ONE BANK, N.A. | 7100-900 | $1,317.00 | $1,670.52 | $1,670.52 | $67.57 |
| 9 | Toyota Motor Credit Corporation | 7100-000 | NA | $7,066.53 | $7,066.53 | $285.85 |
| 10 | American Express Centurion Bank | 7100-900 | $14,792.00 | $14,792.64 | $14,792.64 | $598.38 |
| | Ais Services | 7100-000 | $2,014.00 | NA | NA | $0.00 |
| | Bac Home Loans Servici | 7100-000 | $40,000.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $364.77 | NA | NA | $0.00 |
| | Brinks Home Security | 7100-000 | $395.00 | NA | NA | $0.00 |
| | Calvary Portfolio Services | 7100-000 | $14,283.00 | NA | NA | $0.00 |
| | Citibank Usa | 7100-000 | $2,843.00 | NA | NA | $0.00 |
| | Citifinancial | 7100-000 | $13,590.00 | NA | NA | $0.00 |
| | Crd Prt Asso | 7100-000 | $479.00 | NA | NA | $0.00 |
| | Dept Of Ed/sallie Mae | 7100-000 | $7,963.00 | NA | NA | $0.00 |
| | Dept Of Ed/sallie Mae | 7100-000 | $5,614.00 | NA | NA | $0.00 |
| | Devry Inc | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| | First Revenue | 7100-000 | $360.00 | NA | NA | $0.00 |
| | First Revenue | 7100-000 | $26.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $3,734.00 | NA | NA | $0.00 |
| | Hsbc/rs | 7100-000 | $31,470.00 | NA | NA | $0.00 |
| | Hsbc/rs | 7100-000 | $19,138.00 | NA | NA | $0.00 |
| | Ltd Financial | 7100-000 | $2,843.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Svcs Lp |  |  |  |  |  |
| Lvnv Funding Llc | 7100-000 | $1,647.00 | NA | NA | $0.00 |
| Midland Credit Management | 7100-000 | $2,386.00 | NA | NA | $0.00 |
| Midland Credit Management | 7100-000 | $1,289.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $125.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $95.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $73.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $27.00 | NA | NA | $0.00 |
| Seventh Avenue | 7100-000 | $610.00 | NA | NA | $0.00 |
| Wal-Mart | 7100-000 | $321.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $207,411.77 | $78,665.44 | $78,665.44 | $3,182.12 |

**UST Form 101-7-TDR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| **Case No.:** | 10-45202-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | COLEMAN, BYRON A | **Date Filed (f) or Converted (c):** | 10/08/2010 (f) |
| **For the Period Ending:** | 4/24/2012 | **§341(a) Meeting Date:** | 11/22/2010 |
| | | **Claims Bar Date:** | 02/23/2011 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 520 N. Kinzie, Thornton, IL 60476 - debtor's residence - single family home - debtor is surrendering - foreclosure near completion | $121,950.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash on hand | $16.00 | $0.00 | DA | $0.00 | FA |
| 3 | Misc. Household Goods: Sofa, Loveseat, Entertainment Ctr, Television, VCR, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffe Maker, Bedroom Sets, Lamps, Telephone, Misc. Tools | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 4 | Family pictures, books, CDs, DVDs, artwork | $200.00 | $0.00 | DA | $0.00 | FA |
| 5 | Ordinary wearing apparel | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Bracelet | $60.00 | $0.00 | DA | $0.00 | FA |
| 7 | Two handguns, vest, duty belt w/sundry work items | $500.00 | $0.00 | DA | $0.00 | FA |
| 8 | Term life insurance through Libery Mutual - no cash surrender value | $0.00 | $0.00 | DA | $0.00 | FA |
| 9 | 401(k) w/current employer | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 10 | IRA | $655.00 | $655.00 | DA | $0.00 | FA |
| 11 | 1990 Mercedes 300E w/250,000 miles in fair condition | $1,875.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2000 Dodge Ram 1500 w/120,000 miles in fair condition | $2,625.00 | $0.00 | DA | $0.00 | FA |
| 13 | Anticipated 2010 Tax Refund **(u)** | Unknown | $5,601.00 | DA | $5,601.00 | FA |
| INT | Interest Earned **(u)** | Unknown | Unknown | DA | $0.75 | FA |

**TOTALS (Excluding unknown value)**                                                                   **Gross Value of Remaining Assets**

                                      **$131,181.00**              **$7,756.00**                                       **$5,601.75**         **$0.00**

**Major Activities affecting case closing:**
    Tax Refund
    TFR Completed for Trustee's review. 12/21/2011
    TFR hearing 2/28/2012

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-45202-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COLEMAN, BYRON A | Date Filed (f) or Converted (c): | 10/08/2010 (f) |
| For the Period Ending: | 4/24/2012 | §341(a) Meeting Date: | 11/22/2010 |
| | | Claims Bar Date: | 02/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value**<br>**(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned**<br>**OA =§ 554(a) abandon.**<br>**DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 10-45202-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COLEMAN, BYRON A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4463 | | Checking Acct #: | ******0201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/8/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,297.40 | | $4,297.40 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.34 | $4,296.06 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.03 | $4,290.03 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.92 | $4,283.11 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.13 | $4,275.98 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.45 | $4,269.53 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.66 | $4,262.87 |
| 02/29/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.40 | $4,256.47 |
| 02/29/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,074.35 | $3,182.12 |
| 02/29/2012 | 5003 | Advantage Assets II, Inc. | Claim #: 1; Amount Claimed: 2,843.30; Amount Allowed: 2,843.30; Distribution Dividend: 4.05; | 7100-000 | | $115.02 | $3,067.10 |
| 02/29/2012 | 5004 | Sallie Mae | Claim #: 2; Amount Claimed: 11,446.78; Amount Allowed: 11,446.78; Distribution Dividend: 4.05; | 7100-000 | | $463.04 | $2,604.06 |
| 02/29/2012 | 5005 | Sallie Mae Inc on behalf of the | Claim #: 3; Amount Claimed: 26,228.50; Amount Allowed: 26,228.50; Distribution Dividend: 4.05; | 7100-000 | | $1,060.98 | $1,543.08 |
| 02/29/2012 | 5006 | American Infosource Lp As Agent for Target | Claim #: 4; Amount Claimed: 6,250.04; Amount Allowed: 6,250.04; Distribution Dividend: 4.05; | 7100-900 | | $252.82 | $1,290.26 |
| 02/29/2012 | 5007 | OPHRYS, LLC/ Barclays | Claim #: 5; Amount Claimed: 3,905.99; Amount Allowed: 3,905.99; Distribution Dividend: 4.05; | 7100-900 | | $158.00 | $1,132.26 |
| 02/29/2012 | 5008 | Capital One Bank (USA), N.A. | Claim #: 6; Amount Claimed: 2,720.31; Amount Allowed: 2,720.31; Distribution Dividend: 4.05; | 7100-900 | | $110.04 | $1,022.22 |
| 02/29/2012 | 5009 | Capital One Bank (USA), N.A. | Claim #: 7; Amount Claimed: 1,740.83; Amount Allowed: 1,740.83; Distribution Dividend: 4.05; | 7100-900 | | $70.42 | $951.80 |
| 02/29/2012 | 5010 | Capital Recovery IV LLC/ CREDIT ONE BANK, | Claim #: 8; Amount Claimed: 1,670.52; Amount Allowed: 1,670.52; Distribution Dividend: 4.05; | 7100-900 | | $67.57 | $884.23 |
| 02/29/2012 | 5011 | Toyota Motor Credit Corporation | Claim #: 9; Amount Claimed: 7,066.53; Amount Allowed: 7,066.53; Distribution Dividend: 4.05; | 7100-000 | | $285.85 | $598.38 |
| 02/29/2012 | 5012 | American Express Centurion Bank | Claim #: 10; Amount Claimed: 14,792.64; Amount Allowed: 14,792.64; Distribution Dividend: 4.05; | 7100-900 | | $598.38 | $0.00 |

**SUBTOTALS** $4,297.40 $4,297.40

Page No: 2
Case 10-45202 Doc 30 Filed 03/18/14 Entered 03/18/14 11:28:36 Desc Main
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 9 of 11

| Case No. | 10-45202-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COLEMAN, BYRON A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4463 | | Checking Acct #: | ******0201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/8/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $4,297.40 | $4,297.40 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,297.40 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,297.40 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,297.40 | |

**For the period of 10/8/2010 to 4/24/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,297.40 |
| | |
| Total Compensable Disbursements: | $4,297.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,297.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 4/24/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,297.40 |
| | |
| Total Compensable Disbursements: | $4,297.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,297.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | |  | |
|---|---|---|---|---|---|---|
| **Case No.** | 10-45202-ERW | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | COLEMAN, BYRON A | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4463 | | | **Money Market Acct #:** | | ******5202 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 10/8/2010 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 4/24/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/28/2011 | (13) | United States Treasury | | 1224-000 | $5,601.00 | | $5,601.00 |
| 03/01/2011 | 1001 | Byron A. Coleman | Entitled portion of Federal Tax Refund. | 8100-002 | | $1,304.35 | $4,296.65 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.23 | | $4,296.88 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.18 | | $4,297.06 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.18 | | $4,297.24 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.16 | | $4,297.40 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,297.40 | $0.00 |
| | | | **TOTALS:** | | $5,601.75 | $5,601.75 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $4,297.40 | |
| | | | **Subtotal** | | $5,601.75 | $1,304.35 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,304.35 | |
| | | | **Net** | | $5,601.75 | $0.00 | |

| **For the period of 10/8/2010 to 4/24/2012** | | **For the entire history of the account between 02/28/2011 to 4/24/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,601.75 | Total Compensable Receipts: | $5,601.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,601.75 | Total Comp/Non Comp Receipts: | $5,601.75 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $1,304.35 | Total Non-Compensable Disbursements: | $1,304.35 |
| Total Comp/Non Comp Disbursements: | $1,304.35 | Total Comp/Non Comp Disbursements: | $1,304.35 |
| Total Internal/Transfer Disbursements: | $4,297.40 | Total Internal/Transfer Disbursements: | $4,297.40 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-45202-ERW | |
| **Case Name:** | COLEMAN, BYRON A | |
| **Primary Taxpayer ID #:** | ******4463 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/8/2010 | |
| **For Period Ending:** | 4/24/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Sterling Bank | |
| **Money Market Acct #:** | ******5202 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,601.75 | $5,601.75 | $0.00 |

| For the period of 10/8/2010 to 4/24/2012 | | For the entire history of the case between 10/08/2010 to 4/24/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,601.75 | Total Compensable Receipts: | $5,601.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,601.75 | Total Comp/Non Comp Receipts: | $5,601.75 |
| Total Internal/Transfer Receipts: | $4,297.40 | Total Internal/Transfer Receipts: | $4,297.40 |
| | | | |
| Total Compensable Disbursements: | $4,297.40 | Total Compensable Disbursements: | $4,297.40 |
| Total Non-Compensable Disbursements: | $1,304.35 | Total Non-Compensable Disbursements: | $1,304.35 |
| Total Comp/Non Comp Disbursements: | $5,601.75 | Total Comp/Non Comp Disbursements: | $5,601.75 |
| Total Internal/Transfer Disbursements: | $4,297.40 | Total Internal/Transfer Disbursements: | $4,297.40 |